# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RANDY A. HOUCK, individually and as the Executor of the Estate of Douglas C. Houck,

:CIVIL ACTION NO. 3:19-CV-275
: (JUDGE MARIANI)

    Plaintiff,

v.

WLX, LLC,

    Defendant.

## ORDER

AND NOW, THIS **16th** DAY OF MARCH 2020, upon consideration of the Motion of Defendant, WLX, LLC, Pursuant to F.R.Civ.P. 12(b)(6), to Dismiss Punitive Damages Claims (Doc. 6) and all related documents, **IT IS HEREBY ORDERED THAT**:

1. The Motion of Defendant, WLX, LLC, Pursuant to F.R.Civ.P. 12(b)(6), to Dismiss Punitive Damages Claims (Doc. 6) is **DENIED WITHOUT PREJUDICE** for the reasons discussed in the simultaneously filed Memorandum Opinion;

2. The stay of briefing of the Motion of Defendant, WLX, LLC, for Summary Judgment (Doc. 18) imposed by the Court's March 12, 2020, Order (Doc. 19) is hereby **LIFTED**;

3. Defendant shall file its brief in support of its motion **within fourteen (14) days** of the date of this Order;

4. Thereafter, the briefing requirements set out in the Local Rules of Court of the Middle District of Pennsylvania shall apply.

/s/ Robert D. Mariani
Robert D. Mariani
United States District Judge