THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RANDY A. HOUCK, individually and
as the Executor of the Estate of
Douglas C. Houck,

    Plaintiff,

v.

WLX, LLC,

    Defendant.

3:19-CV-275
(JUDGE MARIANI)

## ORDER

AND NOW, THIS 10th DAY OF MARCH, 2022, for the reasons set forth in this Court's accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT** Defendant WLX, LLC's Amended Motion for Summary Judgment (Doc. 24) is **DENIED**.

Robert D. Mariani
United States District Judge